THE STATE EX REL. BUTLER, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Butler v. Indus. Comm.* (1998), 82 Ohio St.3d 495.]

(No. 96–948—Submitted June 24, 1998—Decided August 5, 1998.)

*Dorf & Rife* and *Joan H. Rife,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Reeve W. Kelsey,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.